# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS TOOLEY, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:19-cv-6572 |
| | ) | |
| vs. | ) | Honorable Judge Steven. C. Seeger |
| | ) | |
| VANGUARD EQUITIES, LLC, | ) | Magistrate Judge Gabriel A. Fuentes |
| an Illinois Limited Liability Company, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Vanguard Equities, LLC, through its undersigned counsel, hereby makes the following disclosure:

Vanguard Equities, LLC is an Illinois Limited Liability Company. There is no parent corporation or any publicly held corporation owning 10% or more of Defendant's stock.

Dated: November 4, 2019　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Mario M. Iveljic_____
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　　Vanguard Equities, LLC

Mario M. Iveljic (IL – 6280267)
Mag Mile Law, LLC
535 N. Michigan Ave., Suite 200
Chicago, IL 60611
(708) 576-1624
mario@magmilelaw.com

# **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on this 4th day of November, 2019, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, and that same will therefore be electronically served upon all attorneys of record with the Court's CM/ECF system.

By: /s/ Mario M. Iveljic
Attorney for Defendant,
Vanguard Equities, LLC