UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>   Plaintiff,<br>vs.<br><br>VANGUARD EQUITIES, LLC,<br>an Illinois Limited Liability Company,<br><br>   Defendant. | CASE NO.: 1:19-cv-6572<br><br>Honorable Judge Steven. C. Seeger<br><br>Magistrate Judge Gabriel A. Fuentes |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action without prejudice.

Dated: August 4, 2020

            Respectfully Submitted,

            KU & MUSSMAN, P.A.
            Attorneys for Plaintiff
            18501 Pines Blvd, Suite 209-A
            Pembroke Pines, Florida 33029
            Tel: (305) 891-1322
            Fax: (305) 891-4512

            By: */s/ Brian W. Coffman, Esq.*
            Brian W. Coffman, Esq. #6285942
            COFFMAN LAW OFFICES P.C.
            Of Counsel
            2615 North Sheffield Avenue, Suite #1
            Chicago, IL 60614
            Tel: 773-348-1295
            Fax: 773-242-6188
            Email: bcoffmanlaw@gmail.com

# **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on this 4th day of August, 2020, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, and that same will therefore be electronically served upon all attorneys of record with the Court's CM/ECF system.

By: */s/ Brian W. Coffman, Esq.*
      Brian W. Coffman, Esq. #6285942