## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dennis Tooley

                    Plaintiff,

v.                                        Case No.: 1:19–cv–06572

Honorable Steven C. Seeger

Vanguard Equities, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 5, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: On Plaintiff's Notice of Voluntary Dismissal (Dckt. No. [36]) and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) this case is dismissed without prejudice. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.